IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MS. BEVERLY ARMSTEAD, for Justin Calab Lamar Chase, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV277 |
| v. | ) ) | |
| SOCIAL SECURITY ADMINISTRATION, SSI, | ) ) ) | MEMORANDUM AND ORDER ON PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT |
| Defendant. | ) ) | WITHOUT PREPAYING FEES OR COSTS |

The plaintiff, Beverly Armstead, has filed an application to proceed in forma pauperis in this social security appeal. (ECF No. 2.) The declaration submitted by Armstead in support of her application indicates that during the past 12 months, she has received income from rent payments, interest, or dividends, and also from pension, annuity, or life insurance payments. (See id. at 2.) However, the declaration fails to disclose the amount of income she received and the amount she expects to receive in the future. (See generally id.) Due to this deficiency, I cannot determine whether Armstead is unable to pay the applicable fees, and I cannot grant her application. See NECivR. 3.3(a) ("A financial affidavit that substantially complies with 28 U.S.C. § 1915(a) and discloses the applicant's income, assets, expenses, and liabilities must accompany an application to proceed in forma pauperis.").

Armstead may submit a new application supported by a complete declaration, or she may pay the filing fee.

**IT IS ORDERED** that Armstead's application to proceed in forma pauperis,

1

ECF No. 2), is denied without prejudice to refiling.

Dated September 18, 2013.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge