IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| MS. BEVERLY ARMSTEAD, for Justin Calab Lamar Chase; | | **8:13CV277** |
| Plaintiff, | | |
| vs. | | **ORDER ON MOTION FOR APPOINTMENT OF COUNSEL** |
| SOCIAL SECURITY ADMINISTRATION, SSI; | | |
| Defendant. | | |

Filing 8 is a letter which I construe as a Motion for Appointment of Counsel, ECF No. 8.

IT IS ORDERED that:

1.      the Motion for Appointment of Counsel, ECF No. 8, is granted;

2.      under the inherent authority of the court William G. Dittrick, Baird Holm LLP, 1500 Woodmen Tower, 1700 Farnam Street, Omaha, Nebraska 68102-2068, (402) 636-8205, is appointed counsel for Beverly Armstead; and

3.      payment of litigation costs and attorney fees shall be paid from the Federal Practice Fund under the restrictions set out in the Amended Plans for Administration of the Federal Practice Fund and The Federal Practice Committee District of Nebraska (as of January 18, 2013.)

Dated October 22, 2013.

BY THE COURT

Warren K. Urbom
United States Senior District Judge