**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| Beverly Armstead, | |
| Plaintiff, | CASE NO. 8:13-cv-00277-WKU |
| v. | **ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION TO WITHDRAW UNDER SEAL** |
| Social Security Administration, | |
| Defendant. | |

This matter is before the court on Filing no. 11, the motion of Plaintiff Beverly Armstead's attorneys, William G. Dittrick and the law firm of Baird Holm LLP, for leave to file the attachment to their motion to withdraw under seal. The motion to file the attachment to their motion to withdraw under seal is GRANTED.

SO ORDERED

Dated this 29th day of October, 2013

_____
The Honorable Judge Warren K. Urbom

Prepared and submitted by:

William G. Dittrick
BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE  68102-2068
Phone:  402-344-0500
Fax:  402-344-0588
Email:  wdittrick@bairdholm.com

Attorneys for Plaintiff

DOCS/1218812.1