IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MS. BEVERLY ARMSTEAD, for Justin Calab Lamar Chase;<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, SSI;<br><br>Defendant. | 8:13CV277<br><br>ORDER ON MOTION FOR PERMISSION TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL |

On October 17, 2013, Ms. Beverly Armstead wrote a letter, which I construed as a motion for appointment of counsel. I had the letter filed as a motion for counsel with the clerk of court. ECF No. 8. On October 22, 2013, I granted that motion and appointed William G. Dittrick of the Baird Holm LLP law firm to represent Ms. Armstead. On October 28, 2013, William G. Dittrick and the law firm of Baird Holm LLP filed a Motion for Permission to Withdraw, ECF No. 10. The motion and supporting documentation, ECF No. 13, state that "due to a current conflict of interest, or at least the strong appearance of a current conflict of interest" William G. Dittrick and the law firm of Baird Holm LLP request permission to withdraw.

IT IS ORDERED that:

1. the Motion for Permission to Withddraw, ECF No. 10, is granted;

2. under the inherent authority of the court Stuart J. Dornan, Dornan, Lustgarten Law Firm, 1403 Farnam Street, Suite 232, Omaha, Nebraska, 68102, ( 402) 884-7044, is appointed counsel for Beverly Armstead; and

3. payment of litigation costs and attorney fees shall be paid from the Federal Practice Fund under the restrictions set out in the Amended Plans for Administration of the

Federal Practice Fund and The Federal Practice Committee District of Nebraska (as of January 18, 2013.)

Dated November 13, 2013.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge