IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MS. BEVERLY ARMSTEAD, for Justin Calab Lamar Chase;<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, SSI;<br><br>Defendant. | 8:13CV277<br><br>**ORDER** |

On September 8, 2015 the undersigned magistrate set a briefing schedule for the progression of this case. Plaintiff was to file her brief by October 6, 2015. On October 26, 2015, the defendant was granted an extension to file its responsive brief by November 10, 2015 and Plaintiff was ordered to file any reply brief on or before November 24, 2015. To date, plaintiff has not filed a brief or a reply brief.

Accordingly,

IT IS ORDERED:

1) The plaintiff is given 14 days, or until December 24, 2015, to file her reply brief, in the absence of which this case may be dismissed for want of prosecution without further notice.

2) The clerk shall set a case management deadline of December 28, 2015 to verify compliance with this order.

December 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge