IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MS. BEVERLY ARMSTEAD, for Justin Calab Lamar Chase; <br><br> Plaintiff, <br><br> vs. <br><br> SOCIAL SECURITY ADMINISTRATION; <br><br> Defendant. | 8:13CV277 <br><br> **MEMORANDUM AND ORDER** |

Beverly Armstead was ordered to file a brief in support of her Complaint by October 6, 2015. (Filing No. 40). She did not file a brief or move to continue the briefing deadline, and she provided no explanation for failing to comply with the court-ordered briefing schedule.

The government filed its brief on November 10, 2015. (Filing No. 43). Plaintiff's reply was due on or before November 24, 2015. (Filing No. 42). Plaintiff filed no reply brief.

On December 10, 2015, Armstead was given until December 24, 2015 to show cause why the court should not dismiss her Complaint for want of prosecution, and she was warned that failing to respond to the show cause order may result in dismissal of her claims without further notice.

Armstead has not responded to the show cause order.

Accordingly,

IT IS ORDERED:

1) Plaintiff Armstead's claims are dismissed with prejudice for want of prosecution.

2) A separate judgment will be entered.

Dated this 4th day of January, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge